# Court of Appeals
# of the State of Georgia

ATLANTA, March 14, 2013

*The Court of Appeals hereby passes the following order*

**A13I0155. CARL ALAN BROOKS v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

12B5575



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, March 14, 2013.

I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto
affixed the day and year last above written.

*Hally K. O. Sparrow*                    , Clerk.